# EXHIBIT E

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | | | 1. REQUISITION NO. 553-15-1-826-0001 | | PAGE 1 OF 50 |
|---|---|---|---|---|---|---|
| 2. CONTRACT NO. GS-33-F-0027U | 3. AWARD/EFFECTIVE DATE 10-01-2014 | 4. ORDER NO. VA251-14-A-0061 | | 5. SOLICITATION NUMBER VA251-14-Q-0263 | | 6. SOLICITATION ISSUE DATE |
| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME GREG STEVENS | | b. TELEPHONE NO. (No Collect Calls) 313-576-4281 | | 8. OFFER DUE DATE/LOCAL TIME | |

| 9. ISSUED BY | CODE | 10. THIS ACQUISITION IS [ ] UNRESTRICTED OR [X] SET ASIDE: 100 % FOR: [X] SMALL BUSINESS [ ] WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM [ ] EDWOSB [ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS [ ] 8(A) | NAICS: 485991 SIZE STANDARD: $15 Million |
|---|---|---|---|
| Department of Veterans Affairs Network 11 Contracting Office John D. Dingell Medical Center 4646 JOHN R STREET DETROIT MI 48201 | | | |

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED [X] SEE SCHEDULE | 12. DISCOUNT TERMS | 13a. [ ] THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING N/A |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION [ ] RFQ [ ] IFB [X] RFP | |

| 15. DELIVER TO | CODE | 16. ADMINISTERED BY | CODE |
|---|---|---|---|
| Department of Veterans Affairs Network 11 Contracting Office John D. Dingell Medical Center 4646 John R. Street Detroit MI 48201 | | Department of Veterans Affairs Network 11 Contracting Office John D. Dingell Medical Center 4646 John R. Street Detroit MI 48201 | |

| 17a. CONTRACTOR/OFFEROR CODE | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE |
|---|---|---|---|
| METRO TRAVEL SERVICES, INC. METROPOLITAN SHUTTLE 2730 UNIVERSITY BLVD W STE 204 WHEATON MD 209025900 TELEPHONE NO. DUNS:117975974 DUNS+4: | | Department of Veterans Affairs Financial Service Center PO Box 149971 Austin TX 78714-9971 PHONE:512-242-7300 FAX: N/A | |
| [ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM | |

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | The Contractor shall provide non-emergent patient transportation for eligible patients of the John D. Dingell VA Medical Center, Detroit, pursuant to the Statement of Work, Schedule of Services and clauses contained herein. | | | | |
| | (Use Reverse and/or Attach Additional Sheets as Necessary) | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA 553-3650160-826-829800-2119 010041086 | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) $0.00 |
|---|---|

| [ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED. | |
|---|---|
| [ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED | |
| [ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED | [X] 29. AWARD OF CONTRACT: REF. VA251-14-Q-0263 OFFER DATED 08-18-2014. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN IS ACCEPTED AS TO ITEMS: TERMS, CONDITIONS AND PRICING |
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
| 30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT) | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT) Alvin Leonard V1109L3-0650 | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

(REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

STANDARD FORM 1449

Table of Contents

**SECTION A** ............................................................................................................................1
   A.1 SF 1449 SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS.........................1

**SECTION B - GENERAL TERMS** .............................................................................................3
   B.1 INTRODUCTION ...........................................................................................................3
   B.2 TERMS AND CONDITIONS .........................................................................................3
   B.3 ADMINISTRATIVE DATA ...........................................................................................20
   B.4 PRICING DATA ............................................................................................................20
   B.5 OPTION TO EXTEND THE TERM OF THE BPA ........................................................32
   B.6 SEGREGATION OF COSTS ..........................................................................................33
   B.7 GENERAL SERVICES ORDERS ..................................................................................33
   B.8 NONPERSONAL SERVICES .......................................................................................33
   B.9 AUTHORIZED LIMITS ................................................................................................34
   B.10 OBLIGATION OF FUNDS..........................................................................................34
   B.11 PERIOD OF PERFORMANCE....................................................................................34
   B.12 AUTHORIZED INDIVIDUALS...................................................................................34
   B.13 ORDER FORMAT .......................................................................................................34
   B.14 AUTHORIZED REPRESENTATIVES .......................................................................34
   B.15 FEDERAL HOLIDAYS ...............................................................................................35
   B.16 BPA EMPLOYEE IDENTIFICATION .......................................................................36
   B.17 PERFORMANCE .........................................................................................................36
   B.18 MANAGEMENT CONTROL ......................................................................................37
   B.19 INVOICES....................................................................................................................37
   B.20 PRECEDENCE.............................................................................................................37

**SECTION C - CLAUSES**..........................................................................................................38
   C.1 FSS-BPA CLAUSE CONTENT.....................................................................................38
   C.2 VAAR 852.203-70 COMMERCIAL ADVERTISING (JAN 2008)................................38
   C.3 VAAR 852.203-71 DISPLAY OF DEPARTMENT OF VETERAN AFFAIRS HOTLINE POSTER (DEC 1992) ..................................................................................38
   C.4 VAAR 852.228-71 INDEMNIFICATION AND INSURANCE (JAN 2008) ................38
   C.5 VAAR 852.232-72 ELECTRONIC SUBMISSION OF PAYMENT REQUESTS (NOV 2012) .......39
   C.6 VAAR 852.237-70 CONTRACTOR RESPONSIBILITIES (APR 1984) ......................40

# SECTION B - GENERAL TERMS

## B.1 INTRODUCTION

In the spirit of the Federal Acquisition Streamlining Act, the Department of Veterans Affairs (DVA) and METRO TRAVEL SERVICES, INC. hereby enter into a cooperative agreement, otherwise referred to as a Blanket Purchase Agreement (BPA), to further reduce the administrative costs of acquiring supplies/services from the General Services Administration (GSA) Federal Supply Schedule Contract # GS-33-F-0027U. Federal Supply Schedule contract BPA's eliminate contracting and open market costs such as: search for sources; the development of technical documents, solicitations and the evaluation of offers. Teaming Arrangements are permitted with Federal Supply Schedule Contractors in accordance with Federal Acquisition Regulation (FAR) 9.6.

The agreement details all services with accompanying prices and descriptions, which may be ordered under this BPA.

This BPA expires on 09-30-2015 or such later ending date as determined by the exercise of any option.

All orders placed against this BPA are subject to the terms and conditions of all the clauses and provisions in full text or incorporated by reference in this document.

(End of Clause)

## B.2 TERMS AND CONDITIONS

Pursuant to GSA FSS Schedule Contract # GS-33-F-0027U, regarding Blanket Purchase Agreements, the Contractor agrees to the following terms of a Blanket Purchase Agreement (BPA) EXCLUSIVELY WITH the Department of Veterans Affairs:

**TERM OF AGREEMENT**: The VA anticipates a one (1) year BPA agreement. The effective period of the awarded BPA is a Base Year from: **October 1, 2014 through September 30, 2015** with the Government's option to extend this BPA for four (4) Option Years, renewable in one-year or the term of the FSS contract upon which it is written. The Contractor shall be required to immediately notify the Contracting Officer (CO), in writing, if the FSS contract upon which this BPA is based is no longer in force. This BPA is not a contract. If the Contractor fails to perform in a manner satisfactory to the Contracting Officer (CO), this BPA may be canceled with thirty (30) days written notice to the Contractor by the CO. This BPA will be reviewed on an annual basis. Any changes or modifications shall be in writing and any such changes or modifications shall be issued by the appropriate Contracting Officer.

**IDENTIFICATION:** Orders issued will be identified by BPA Number, FSS Contract Number and Order Number.

**AUTHORIZED INDIVIDUALS**: Authorized Ordering Officials for this BPA are limited to Contracting Officer or anyone so designated in writing by the Contracting Officer.

**INSPECTION AND ACCEPTANCE:**

   a. Inspection and acceptance shall be accomplished as follows: The Government, for all services furnished under any resulting order, hereby designates the COR in the program office as the point of final inspection and acceptance. The BPA holder shall submit each invoice, including all back-up data, to the COR for review and signature. When the COF receives an accurate and complete invoice, he/she will return a signed copy to the BPA holder within five (5) working days. If the