UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YASHAE BYERS, GLORIA ETZEL, and JILL JANAVIKAS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARE TRANSPORT, INC.,

Defendant.
_______________________________/

Case No. 2:13-cv-15174

HONORABLE STEPHEN J. MURPHY, III

**STIPULATED ORDER CERTIFYING CLASS AND DEFINING CLASS**

This matter having come before the Court after a conference with the Court and by stipulation of the parties;

**IT IS HEREBY ORDERED** that the Court's Opinion and Order of September 14, 2016, [Docket #43] is hereby modified as follows:

a. The class is certified pursuant to the definition stated in paragraph b;

b. The class is defined as those drivers who operated sedans and minivans and shall not include those individuals that operated wheelchair vans:

   i. Ford E250 and E350 Extended Vans;
   ii. Ford Transit T250 and T350 Extended Vans and Regular Vans; and,
   iii. Ford E450 Minibuses

   that were designed or used to transport eight (8) passengers, excluding the driver;

c. The parties comprising the class shall include Brian Ward, who opted in after the cut off. The delayed opt-in was for a specified reason that has been acknowledged and accepted by the Court; and,

d. The parties shall execute a Settlement Agreement containing terms and conditions agreed upon by the parties on or about January 19, 2017.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Court Judge

Dated: February 7, 2017

Stipulated by

/s/David A. Hardesky with consent
DAVID A. HARDESTY (P38609)
Attorney for Plaintiffs

/s/Michael D. Weaver
MICHAEL D. WEAVER (P43985)
Attorney for Defendant